IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELVIRA TERRIQUEZ, | No. C 06-1426 WHA (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. / | |

This is a civil rights case filed pro se by a federal prisoner at Camp Parks in Dublin, California. The complaint was dismissed with leave to amend within thirty days for failure to state a claim. The reasons for the dismissal were explained to plaintiff in considerable detail in the order. The time to amend has long since expired but plaintiff has not filed an amended complaint. This case is **DISMISSED** with prejudice  The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: August   12  , 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.06\TERRIQUEZ1426.DSM.wpd